

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00405-CV

| | | |
|---|---|---|
| KEITH HAMAKER, Appellant | § | On Appeal from County Court at Law No. 2 |
| v. | § | of Denton County (CV-2017-03255) |
| | § | March 10, 2022 |
| TIERRAH NEWMAN, Appellee | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. Having held that the breach-of-contract damages award constituted a double recovery, we order the trial court's judgment be modified to delete that award. We affirm the remainder of the awarded damages conditioned on our suggestion of a remittitur of $4,903.37 on the amount awarded for Appellant Keith Hamaker's constructive eviction of Appellee Tierrah Newman. If Newman timely files the suggested remittitur with this court within 15 days of the date of this judgment, then our subsequent judgment will reform the trial

court's judgment in accordance with the remittitur and, as reformed, affirm that judgment.

If no such remittitur is timely filed, we must reverse the trial court's judgment and remand the case to the trial court for a new trial on the issues of liability and damages.

We affirm the remainder of the trial court's judgment.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Brian Walker
Justice Brian Walker